

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00334-CR

RODNEY NATHANIEL BOONE          APPELLANT

V.

THE STATE OF TEXAS          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Rodney Nathaniel Boone pled guilty to possession of more than four but less than 200 grams of a controlled substance (heroin) with an intent to deliver, and the State waived enhancement. The trial court followed the plea bargain, convicted Appellant, and sentenced him to fifteen years' confinement. Appellant filed a timely notice of appeal.

---

[1]See Tex. R. App. P. 47.4.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter on July 18, 2013 that this appeal would be subject to dismissal unless he or any party showed grounds for continuing it by August 5, 2013.[2] We have received no response.

We therefore dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 10, 2013

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).